Gregory Grigoryants (SBN 286804)
GREGORY GRIGORYANTS, ATTORNEY AT LAW
9350 Wilshire Blvd, Suite 203
Beverly Hills, CA 90212
Phone: (424) 248-7237
Fax: (424) 258-9473
Email: gregory@grigoryantslaw.com
*Attorney for Plaintiff*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MOHSIN M BHOJANI,<br><br>Debtor,<br>_____<br><br>MOHSIN M BHOJANI,<br><br>Plaintiff,<br>vs.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>Defendant. | Chapter 7<br><br>Case No.: 2:24-bk-12418-BR<br><br><br>**ADVERSARY COMPLAINT FOR: DETERMINATION THAT STUDENT LOAN DEBT IS DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(A)(8), US JUSTICE DEPARTMENT AND DEPARTMENT OF EDUCATION NEW GUIDELINES AND POLICY FOR DISCHARGING STUDENT LOANS** |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATE BANKRUPTCY**

**JUDGE, AND DEFENDANT:**

### I. COMPLAINT

1.    Plaintiff and Debtor Mohsin Bhojani ("Debtor") brings this adversary proceeding seeking an order determining that the student loan debt poses an undue hardship

ADVERSARY COMPLAINT

under 11 U.S.C. § 523(a)(8) and is thus dischargeable pursuant to 11 U.S.C. § 523(a)(8)(B) and under 11 U.S.C. § 727.

## II.  JURISDICTION AND VENUE

2.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157 and Local Bankruptcy Rule 7008. Venue is proper pursuant to 28 U.S.C. § 1409(a).

## III. BACKGROUND FACTS

3.      Mr. Bhojani obtained multiple federal educational loans from approximately 1994 through 2023, borrowing a total amount of approximately $774,142.00 initially which has now become approximately $1,003,505.00 with interest (collectively the "Student Loans").

4.      Mr. Bhojani is 50 years old.

5.      Mr. Bhojani has been continuously employed with the California Department of Rehabilitation ("DOR") for over 18 years as a Senior Vocational Rehabilitation Counselor ("SVRC").

6.      He started off as a SVRC with a salary of approximately $54,000 per year.

7.      He received slight increases over the years but had approximately 3 years of 15% monthly temporary pay cuts because of the state deficit brought by Great Recession and COVID-19 Pandemic.

8.      There are very limited promotions opportunities available with his current employer.

9.      Mr. Bhojani has applied for other jobs/positions with the State of California as a Psychologist (Pre-Licensed); however, because of the negative credibility of the schools and degrees that he received, he has been rejected for the positions he applied for.

ADVERSARY COMPLAINT

10.    Mr. Bhojani attended Marymount College from May 1994 to August 1996 where he obtained an associate degree in general education.

11.    Mr. Bhojani attended Whitter College from September 1996 to August 1998 where he obtained a bachelor's degree in social work.

12.    Mr. Bhojani attended Alliant International University from September 2002 to May 2004 where he obtained a master's degree in school psychology.

13.    Mr. Bhojani attended The Chicago School of Professional Psychology from August 2009 to December 2016 where he obtained a Doctor of Psychology degree in applied clinical psychology.

14.    Mr. Bhojani attended Pacific Oaks College from May 2019 to May 2019 in order to pursue a master's degree in organizational leadership. However, he was unable to complete his degree due to medical illness and disability.

15.    Mr. Bhojani attended Sofia University from September 2020 to December 2020 in order to pursue a PhD degree in Transpersonal Psychology. However, he was unable to complete his degree due to medical illness and disability.

16.    Mr. Bhojani attended Saybrook University from May 2023 to September 2023 in order to pursue a master's degree in public administration. However, he was unable to complete his degree because he changed his career/degree goals. He did not take any student loan to attend this school.

17.    Mr. Bhojani has faced significant financial hardship in repaying these Student Loans because of his modest income and lack of better paying employment.

ADVERSARY COMPLAINT

18. Mr. Bhojani tried his best to make payments on the Student Loans when he could but often his income was not only insufficient to pay his Student Loans payments, but it was also insufficient to cover all his necessary living expenses.

19. Because of that, Mr. Bhojani also incurred credit card debt just to pay his basic living expenses.

20. Between the credit card payments and living expenses, Mr. Bhojani has been living paycheck to paycheck and struggling.

21. Mr. Bhojani has never been financially able to repay the Student Loans under the standard 10-year repayment plan.

22. Throughout the years, Mr. Bhojani has either utilized an income-based repayment program or the Student Loans were otherwise placed in forbearance or deferment by him.

23. As a government employee, who has been employed with DOR for 18 years, Mr. Bhojani applied twice for the US Department of Education Public Service Loan Forgiveness program but received no response to his application to date.

24. He also applied to get one of his Student Loans discharged under the US Department of Education Borrower Defense to Repayment program, application No.:14376947, but received no response to his application to date.

25. On March 29, 2024, Debtor filed for bankruptcy protection under Chapter 7 and was assigned case number 2:24-bk-12418-BR.

26. At that time, Debtor had retirement savings totaling $119,021.28 in a State of California Savings Plan ("CALPERS") retirement account and Charles Schwab's Roth IRA & IRA ("IRAs") retirement accounts, and approximately $2,319 in his checking account.

ADVERSARY COMPLAINT

27.     On July 1, 2024, Debtor received his discharge.

28.     The repayment of the Student Loans debt is unduly burdensome for Mr. Bhojani as he is the sole provider of income for himself.

## IV. FIRST CLAIM FOR RELIEF

(Determination That a Student Loan Debt is an Undue Hardship Pursuant to 11 U.S.C. § 523(a)(8) and Is Thus Dischargeable)

29.     Plaintiff incorporates by reference each preceding paragraph of this complaint as though fully set forth herein.

30.     Mr. Bhojani feels that his close proximity to retirement age will prevent him from continuing his employment indefinitely and through the remainder of the repayment on the Student Loans.

31.     Mr. Bhojani has made good-faith efforts to repay the Student Loans with his sole income through repayment despite his moderate income.

32.     Mr. Bhojani has attempted to gain higher employment over the years without any success.

33.     In March 2024, Mr. Bhojani filed for Chapter 7 Bankruptcy relief due to financial hardship.

34.     If forced to repay the Student Loans debt, Mr. Bhojani cannot hope to enjoy a minimal standard of living while providing for a sustainable future in retirement because he will live solely on his current modest income and then on a minimal amount of retirement income saved in his CALPERS and IRAs accounts.

## V.  PRAYER

ADVERSARY COMPLAINT

WHEREFORE, Plaintiff prays for judgment in his favor, and against US Department of

Education and that the Court issue a judgment declaring that the Student Loans debt is

dischargeable pursuant to 11 U.S.C. § 523(a)(8);

    A.  That the Court issue an order directing the defendant, to provide an accounting

        to Plaintiff of all payments made, and all interest accrued, since Plaintiff filed

        his Bankruptcy Petition on March 29, 2024;

    B.  That the court issue an injunction ordering the defendant, to cease collection

        efforts on any debts discharged by way of this Complaint;

    C.  For reasonable attorney fees and costs incurred by bringing this action; and

    D.  For such other and further relief as the Court may deem just, proper, and

        appropriate.

Dated: 11/6/2024        Respectfully Submitted:

GREGORY GRIGORYANTS, ATTORNEY AT LAW

/s/ Gregory Grigoryants
Gregory Grigoryants,
Attorney for Plaintiff

ADVERSARY COMPLAINT

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Gregory Grigoryants (SBN 286804)**<br>**GREGORY GRIGORYANTS, ATTORNEY AT LAW**<br>**9350 Wilshire Blvd, Suite 203**<br>**Beverly Hills, CA 90212**<br>**Tel: 424-248-7237**<br>**Fax: 424-442-0224**<br>**Email: gregory@grigoryantslaw.com**<br><br><br>*Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

| In re:<br><br>   **Mohsin M Bhojani**<br><br><br><br><br>Debtor(s). | CASE NO: **2:24-bk-12418-BR**<br><br>CHAPTER: **7**<br><br>ADVERSARY NO.: |
|---|---|
| **MOHSIN M BHOJANI**<br>                                        Plaintiff(s)<br><br>               Versus<br><br>**U.S. DEPARTMENT OF EDUCATION**<br><br>                                        Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _<br>Time:         _<br>Courtroom: _ | **Address:**<br>☑ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding:

**November 6, 2024**

By: _____
        Deputy Clerk

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 7004-1.SUMMONS.ADV.PROC**

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>**Mohsin M Bhojani**<br>**2334 Elda St**<br>**Duarte, CA 91008** | **DEFENDANTS**<br><br>**U.S. DEPARTMENT OF EDUCATION** |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>**Gregory Grigoryants, Esq.**<br>**GREGORY GRIGORYANTS, ATTORNEY AT LAW**<br>**9350 Wilshire Blvd, Suite 203**<br>**Beverly Hills, CA 90212**<br>**424-248-7237 Fax: 424-442-0224** | **ATTORNEYS** (If Known) |

| **PARTY** (Check One Box Only)<br>[✓] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor    [ ] Other<br>[ ] Trustee | **PARTY** (Check One Box Only)<br>[ ] Debtor    [ ] U.S. Trustee/Bankruptcy Admin<br>[✓] Creditor    [ ] Other<br>[ ] Trustee |
|---|---|

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[ ] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses,
false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary,
embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ X ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation
(other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq*.
[ ] 02-Other (e.g. other actions that would have been brought in state
court if unrelated to bankruptcy case)

| [ ] Check if this case involves a substantive issue of state law | [ ] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [ ] Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**Mohsin M Bhojani** | | BANKRUPTCY CASE NO.<br>**2:24-bk-12418-BR** |
| DISTRICT IN WHICH CASE IS PENDING<br>**Central District of California** | DIVISION OFFICE<br>**Los Angeles** | NAME OF JUDGE<br>**Honorable Barry Russell** |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

**/s/ Gregory Grigoryants, Esq.**

**Gregory Grigoryants, Esq.**

| DATE<br>**November 6, 2024** | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>**Gregory Grigoryants, Esq.** |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case  Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.